1 Ronald Wilcox, Esq., 176601
2 2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
3 Tel: (408) 296-0400
Fax: (408) 296-0486
4 ronaldwilcox@post.harvard.edu

JS-6

5 **ATTORNEY FOR PLAINTIFF**

6
**UNITED STATES DISTRICT COURT**
7 **CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**
8

9 SHARROLYN MADACH,           )
                             )
10      Plaintiff,            )
                             )
11                           )  Civil Action No.: SACV08-00658 DOC (RNBx)
       v.                    )
12                           )
13 KRISTIN SWANSON-MACE, P.A., LAW  )  [~~Proposed~~] ORDER TO DISMISS
OFFICES OF KRISTIN SWANSON-  )
14 MACE, KRISTIN SWANSON-MACE,  )
MARK BURNS, JENNIFER BAILEY, and  )
15 SHAWNTINA JONES,            )
                             )
16      Defendants.           )
                             )
17 _____)

18
19    The Court hereby adopts the stipulation of the parties.  The matter is DISMISSED with prejudice.
20
21 **IT IS SO ORDERED.**
22
23
Date: September 14, 2009
24 _David O. Carter_____
25 HON. DAVID O. CARTER
26 U.S. DISRICT JUDGE
27
28